**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Lori A. Mahon<br>      Bernard J. Mahon<br>                Debtors | BK NO. 15-04125 JJT<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of M & T Bank, and index same on the master mailing list.

Re: Loan # Ending In: 6946

                                                Respectfully submitted,

                                             **/s/ Joshua I. Goldman, Esquire**
                                             Joshua I. Goldman, Esquire
                                             Thomas Puleo, Esquire
                                             KML Law Group, P.C.
                                             701 Market Street, Suite 5000
                                             Philadelphia, PA 19106-1532
                                             (215) 825-6306  FAX (215) 825-6406
                                             Attorney for Movant/Applicant