# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Lori A. Mahon and Bernard J. Mahon<br>　　　　Debtor(s) | BKY. NO. 15-04125 JJT<br><br>CHAPTER 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

　　Kindly enter my appearance on behalf of M & T Bank, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 6946

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　**/s/ Thomas Puleo**
　　　　　　　　　　　　　　　　　　　　　Thomas Puleo, Esquire
　　　　　　　　　　　　　　　　　　　　　James C. Warmbrodt, Esquire
　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　　　　　　　　　　　　　　(215) 825-6306  FAX (215) 825-6406
　　　　　　　　　　　　　　　　　　　　　Attorney for Movant/Applicant