Rev. 09/01/14

# LOCAL BANKRUPTCY FORM 3015-2(a)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE:**
LORI A. MAHON and
BERNARD J. MAHON

**Debtor(s)**

CHAPTER 13

CASE NO. 5 - 15 -bk- 04125-JJT

## CERTIFICATION REGARDING SERVICE OF AMENDED CHAPTER 13 PLAN
(Altering Treatment of Claims)

The undersigned, counsel for the above-captioned Debtor(s), hereby certifies that the Third Amended Chapter 13 Plan filed on 12/15/16 proposes to alter the treatment of the claims of the following creditors included in the confirmed Chapter 13 Plan:

M&T Bank, M&T Attorney, US Trustee & Chapter 13 trustee (see attached addresses)

I further certify that notice of the filing of the Third Amended Chapter 13 Plan has been served on the above listed creditors and the Chapter 13 trustee, as evidenced by the attached certificate of service, and that no other party, other than the creditors listed above, will be affected by the provisions of the Third Amended Chapter 13 Plan.

/s Christy M. DeMelfi
Counsel for Debtor(s)

Dated: 12/21/16

William Edward Miller  
Stern & Eisenberg, P.C.  
1581 Main Street, Suite 200  
Warrington, PA 18976-3400

Charles J. DeHart, III (Trustee)  
8125 Adams Drive, Suite A  
Hummelstown, PA 17036-8625

United States Trustee  
228 Walnut Street, Suite 1190  
Harrisburg, PA 17101-1722

M&T BANK  
PO BOX 1508  
BUFFALO, NY 14240-1508

KML Law Group, PC  
701 Market Street, Ste. 5000  
Philadelphia, PA 19106

M&T BANK  
LEGAL DOCUMENT PROCESSING  
1100 WHERLE DRIVE  
WILLIAMSVILLE NY 14221-7748

M&T BANK  
Stern & Eisenberg, PC  
1581 Main Street  
Suite 200  
Warrington, PA 18976-3400