```
                      United States Bankruptcy Court
                       Middle District of Pennsylvania
```

In re:                                                          Case No. 15-04125-JJT
Lori A. Mahon                                                   Chapter 13
Bernard J. Mahon
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5        User: LyndseyPr         Page 1 of 1         Date Rcvd: Jan 10, 2017
                            Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2017.
db/jdb         +Lori A. Mahon,   Bernard J. Mahon,   1464 Wetsel Run Drive,   Weatherly, PA 18255-3028

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2017                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2017 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
              Christy Marie DeMelfi    on behalf of Joint Debtor Bernard J. Mahon christy@demelfilaw.com
              Christy Marie DeMelfi    on behalf of Debtor Lori A. Mahon christy@demelfilaw.com
              Joseph R. Baranko, Jr.    on behalf of Creditor    Carbon County Tax Claim Bureau
               josephb@slusserlawfirm.com
              Joshua I Goldman    on behalf of Creditor    M & T Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor    M & T Bank tpuleo@goldbecklaw.com
              Thomas I Puleo    on behalf of Creditor    M&T BANK tpuleo@goldbecklaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William Edward Miller    on behalf of Creditor    M&T BANK wmiller@sterneisenberg.com,
               bkecf@sterneisenberg.com
                                                                                             TOTAL: 9

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

-----------------------------------------------------------------------------X

In Re     Chapter 13

LORI A. MAHON and     Case No. 5-15-bk-04125-JJT
BERNARD J. MAHON

       Debtors.

-----------------------------------------------------------------------------X

### ORDER GRANTING AMENDED MOTION TO AMEND CHAPTER 13 PLAN POST-CONFIRMATION

The Debtors' by their Attorney, Christy M. DeMelfi, Esq. filed a motion pursuant to 11 U.S.C. §1127 on December 15, 2016, seeking to Modify their Chapter 13 plan after Confirmation and increase payments under the previously filed Chapter 13 plan.

No objections to said Motion being filed,

**IT IS HEREBY ORDER THAT:**

The Debtors' Motion to Modify the Chapter 13 plan after Confirmation is GRANTED.

Dated: January 10, 2017

By the Court,

_____
John J. Thomas, Bankruptcy Judge
(RPR)