IN THE UNITED STATES BANKRUPTCY COURT
FOR THE Middle District of Pennsylvania
WILKES-BARRE DIVISION


IN RE: LORI A MAHON and BERNARD J MAHON

CASE NO. 5-15-BK-04125

CLAIM: 3


## NOTICE OF CHANGE OF ADDRESS BY A CREDITOR


COMES NOW, Cach, Llc hereby request the Trustee notice and payment address on its claim
for the above mentioned case be changed from the following address:

**CACH, LLC**

**4340 S MONACO ST**

**FL 2**

**DENVER CO 80237-3485**

To the new address below:

**CACH, LLC**

**PO Box 10587**

**Greenville SC 29603-0587**


This address change pertains to Trustee payments and all other correspondences
for this claim filed by the Creditor.

/s/ Susan Gaines                                        Date: 7/5/2017
Susan Gaines
Telephone: (877) 264-5884