UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: LORI A. MAHON
BERNARD J. MAHON                CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant                          CASE NO: 5-15-04125-RNO

LORI A. MAHON
BERNARD J. MAHON

Respondent(s)

### CERTIFICATION OF DEFAULT

AND NOW on April 16, 2019, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

As of April 16, 2019, the Debtor(s) is/are $1628.00 in arrears with a plan payment having last been made on Apr 01, 2019

In accordance with said stipulation, the case may be dismissed upon certification of the trustee without further notice or hearing.

Respectfully Submitted,
/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: April 16, 2019

IN RE: LORI A. MAHON
BERNARD J. MAHON   CHAPTER 13

    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 5-15-04125-RNO

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on April 16, 2019, I served a copy of this Certification of Default on the following parties by 1st Class Mail, unless served electronically.

| | |
|---|---|
| CHRISTY M DeMELFI ESQUIRE<br>4 NORTH MADISON STREET<br>McADOO, PA 18237- | SERVED ELECTRONICALLY |
| LORI A. MAHON<br>BERNARD J. MAHON<br>1464 WETSEL RUN DRIVE<br>WEATHERLY, PA 18255 | SERVED BY 1ST CLASS MAIL |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA 17101 | SERVED ELECTRONICALLY |

I certify under penalty of perjury that the foregoing is true and correct.

Dated: April 16, 2019

Respectfully submitted,
Liz Joyce
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: dehartstaff@pamd13trustee.com