```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                          Case No. 15-04125-RNO
Lori A. Mahon
Bernard J. Mahon                                                Chapter 13
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0314-5          User: PRadginsk            Page 1 of 2            Date Rcvd: Apr 17, 2019
                              Form ID: pdf010            Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 19, 2019.
db/jdb         +Lori A. Mahon,    Bernard J. Mahon,    1464 Wetsel Run Drive,    Weatherly, PA 18255-3028
cr             +Carbon County Tax Claim Bureau,    Court House Annex PO Box 37,    JIM THORPE, PA 18229-0037
cr             +M&T BANK,    Stern & Eisenberg, PC,    1581 Main Street,    Suite 200,    Warrington, PA 18976-3403
4700460        +Berkheimer Tax Administrator,    PO Box 25153,    Lehigh Valley, PA 18002-5153
4700462        +CBCS,   PO Box 2724,    Columbus, OH 43216-2724
4700465        +Carbon County Tax Claim Bureau,    Courthouse Annex,    PO Box 37,    Jim Thorpe, PA 18229-0037
4700470        +Creditech,    PO Box 20330,    Lehigh Valley, PA 18002-0330
4700471       #+Debt Recovery Solutions, LLC,    900 Merchants Concourse,    Suite LL 11,
                 Westbury, NY 11590-5121
4700472        +Fulton, Friedman & Gullace, LLP,    6 Kacey Court, Suite 203,    Mechanicsburg, PA 17055-9237
4700475        +Lehigh Valley Hosp-Hazleton,    Attn: Patient Accounts Department,    700 East Broad St.,
                 Hazleton, PA 18201-6835
4724947         M&T BANK,    PO BOX 1508,    BUFFALO, NY 14240-1508
4700478        +MRS BPO, LLC,    1930 Olney Ave.,    Cherry Hill, NJ 08003-2016
4700483        +National Recovery,    2491 Paxton St.,    Harrisburg, PA 17111-1036
4700484         PPL Electric Utilities,    827 Hausman Road,    Allentown, PA 18104-9392
4700485        +Penn Credit,    916 S 14th St,    PO Box 988,    Harrisburg, PA 17108-0988
4700488       #+Trident Asset Management, LLC,    53 Perimeter Center East,    Suite 440,
                 Atlanta, GA 30346-2230
4700489        +Union Plus Credit Card,    PO Box 17051,    Baltimore, MD 21297-1051
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4700463         E-mail/PDF: resurgentbknotifications@resurgent.com Apr 17 2019 19:18:32      Cach, LLC,
                 PO Box 10587,    Greenville, SC 29603-0587
4700464        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 17 2019 19:18:43      Capital One,
                 PO Box 30253,    Salt Lake City, UT 84130-0253
4700468        +E-mail/Text: bankruptcy@cavps.com Apr 17 2019 19:07:09      Cavalry SPV I, LLC,
                 500 Summit Lake Drive,    Suite 400,    Valhalla, NY 10595-2321
4700473        +E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2019 19:18:32      GECRB/Ashley,    PO Box 965036,
                 Orlando, FL 32896-5036
4700474        +E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2019 19:18:55      GECRB/SYNCB/Lowes,
                 PO Box 965005,    Orlando, FL 32896-5005
4700476         E-mail/Text: camanagement@mtb.com Apr 17 2019 19:06:58      M & T Bank,    Cbd Team,   PO Box 900,
                 Millsboro, DE 19966
4700477         E-mail/Text: camanagement@mtb.com Apr 17 2019 19:06:58      M & T Bank,    PO Box 62146,
                 Baltimore, MD 21264
4700481        +E-mail/Text: bankruptcydpt@mcmcg.com Apr 17 2019 19:07:03      Midland Credit Management, Inc.,
                 PO Box 60578,    Los Angeles, CA 90060-0578
4700479        +E-mail/Text: bankruptcydpt@mcmcg.com Apr 17 2019 19:07:03      Midland Credit Management, Inc.,
                 8875 Aero Drive,    Suite 200,    San Diego, CA 92123-2255
4700487        +E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2019 19:18:32      SYNCB/Ashley,    PO Box 965036,
                 Orlando, FL 32896-5036
                                                                                              TOTAL: 10

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             CACH, LLC,    PO Box 10587,    Greenville, SC 29603-0587
4700461*       +Berkheimer Tax Administrator,    PO Box 25153,    Lehigh Valley, PA 18002-5153
4700466*       +Carbon County Tax Claim Bureau,    Courthouse Annex,    PO Box 37,    Jim Thorpe, PA 18229-0037
4700467*       +Carbon County Tax Claim Bureau,    Courthouse Annex,    PO Box 37,    Jim Thorpe, PA 18229-0037
4700469*       +Cavalry SPV I, LLC,    500 Summit Lake Drive,    Suite 400,    Valhalla, NY 10595-2321
4700482*       +Midland Credit Management, Inc.,    PO Box 60578,    Los Angeles, CA 90060-0578
4700480*       +Midland Credit Management, Inc.,    8875 Aero Drive,    Suite 200,    San Diego, CA 92123-2255
4700486*       +Penn Credit,    916 S 14th St,    PO Box 988,    Harrisburg, PA 17108-0988
                                                                                   TOTALS: 0, * 8, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2019                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2019 at the address(es) listed below:

    Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
    Christy Marie DeMelfi    on behalf of Debtor 2 Bernard J. Mahon christy@demelfilaw.com
    Christy Marie DeMelfi    on behalf of Debtor 1 Lori A. Mahon christy@demelfilaw.com
    James   Warmbrodt    on behalf of Creditor    M & T Bank bkgroup@kmllawgroup.com
    James   Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
    Joseph R. Baranko, Jr.    on behalf of Creditor    Carbon County Tax Claim Bureau
     josephb@slusserlawfirm.com
    Joshua I Goldman    on behalf of Creditor    M & T Bank bkgroup@kmllawgroup.com,
     bkgroup@kmllawgroup.com
    Thomas I Puleo    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
    Thomas I Puleo    on behalf of Creditor    M & T Bank tpuleo@kmllawgroup.com,
     bkgroup@kmllawgroup.com
    United States Trustee    ustpregion03.ha.ecf@usdoj.gov
    William Edward Miller    on behalf of Creditor    M&T BANK wmiller@sterneisenberg.com,
     bkecf@sterneisenberg.com

                                                                                                     TOTAL: 11

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

**LORI A, MAHON**

Debtor 1

**BERNARD J. MAHON**

Debtor 2

**CHARLES J. DEHART, III**
**CHAPTER 13 TRUSTEE**
vs.

Movant(s)

**LORI A. MAHON**
**BERNARD J. MAHON**

Respondent(s)

Chapter: 13

Case No.: 5:15-bk-04125 RNO

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Motion to Dismiss Case and it having been determined after notice and no response that the case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge (BI)

April 17, 2019

Order Dismissing Case with Parties - Revised 9/17